# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:25-cv-02358-DTB**                                    Date: **December 19, 2025**

Title: **Chancy Crenshaw v. Cyber Cloud Seven, LLC**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT(S):
            None present                                                   None present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING STIPULATION FOR DISMISSAL [DOCKET NO. 21]**

    The Court is in receipt of the Joint Stipulation for Dismissal of Defendant Cyber Cloud Seven, LLC Pursuant to Fed.R.Civ.P. 41(A)(1) ("Stipulation") filed December 19, 2025. (Docket No. 21). The Court has read and considered the parties Stipulation and hereby GRANTS the same.
    Plaintiff's individual claims are hereby DISMISSED with prejudice and the class members' putative class claims are DISMISSED without prejudice.
    Each party shall bear their own attorneys' fees and costs.

    **IT IS SO ORDERED.**